IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRIUS RASHAD DEAN, # 306674, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:17-CV-467-WKW |
| KARLA WALKER JONES and STEVEN T. MARSHALL, | ) |
| Respondents. | ) |

## **ORDER**

On September 21, 2017, the Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 10) is ADOPTED;

(2) This action is DISMISSED without prejudice because Petitioner has failed to exhaust state court remedies.

A separate final judgment will be entered.

DONE this 17th day of October, 2017.

                                                  /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE